**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANGAMO THERAPEUTICS, INC. | ) | Case No. 26-10989 (CTG) |
| Debtor.[1] | ) | |
| | ) | **Re: Docket Nos. 122, 290, 339 & 393** |

**NOTICE OF REVISED BID DEADLINE, AUCTION,**
**AND SALE HEARING FOR THE REMAINING ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On June 23, 2026, Sangamo Therapeutics, Inc., as debtor and debtor in possession (the "**Debtor**") in the above-captioned case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

On July 14, 2026, the Court entered the *Order (A) Approving Bidding Procedures for the Sale of the Debtor's Assets, (B) Approving the Debtor's Entry into the Stalking Horse APAs and Granting Bid Protections, (C) Authorizing the Debtor to Designate Additional Stalking Horse Bidders and Granting Bid Protections, (D) Approving Assumption and Rejection Procedures, (E) Scheduling an Auction and Sale Hearing and Approving Forms and Manner of Notice Thereof, and (F) Granting Related Relief* [Docket No. 122] (the "**Bidding Procedures Order**"), which, among other things: (i) approved procedures (the "**Bidding Procedures**")[2] to be used in connection with one or more Sales of the Debtor's Assets, (ii) established a Bid Deadline for interested parties to submit Bids for the Debtor's Assets, and (iii) scheduled an Auction and a Sale Hearing to consider approval of the Sale(s).

On August 19, 2026 and August 27, 2026, respectively, the Debtor filed the *Notice of Extended Bid Deadline for (I) Remaining Assets and (II) Plan Sponsor Alternative Bids* [Docket No. 339] and the *Notice of Further Extension of Bid Deadline for (I) Remaining Assets and (II) Plan Sponsor Alternative Bids* [Docket No. 393] (the "**Further Extension Notice**"). As set forth in the Further Extension Notice, the Debtor, in accordance with the Bidding Procedures, extended the Bid Deadline with respect to any Bids for the Remaining Assets and Plan Sponsor Alternative Bids through and including the date upon which an order of the Court confirming a chapter 11 plan in the Chapter 11 Case becomes a final, non-appealable order, and indicated that the Debtor intended to file a chapter 11 plan on or before September 25, 2026. The Debtor did not file a

[1] The debtor and the last four digits of its taxpayer identification number are: Sangamo Therapeutics, Inc. (9556). The debtor's mailing address is 7000 Marina Blvd, Brisbane, CA 94005.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures or the Bidding Procedures Order, as applicable.

chapter 11 plan on or before September 25, 2026 and, on October 2, 2026, the Debtor paid off the Replacement DIP Facility made available to the Debtor by Future Solutions Investments, LLC.

The Debtor, in consultation with the Equity Committee and Official Committee of Unsecured Creditors, and in accordance with the Bidding Procedures, has reestablished the following important dates and deadlines solely with respect to Bids for the Remaining Assets as set forth below:

**IMPORTANT DATES AND DEADLINES FOR THE REMAINING ASSETS**

**A.** ***Bid Deadline.*** Any party interested in submitting a Bid for any of the Remaining Assets must deliver written and electronic copies of its Bid to Raymond James via email (Attn: Geoffrey Richards (geoffrey.richards@raymondjames.com) and Alexander V. Rohan (alexander.rohan@raymondjames.com)) **by no later than November 13, 2026 at 5:00 p.m. (Eastern Time)**. The Qualified Bid requirements are set forth in pages 8–10 of the Bidding Procedures. For the avoidance of any doubt, a party that submitted a Qualified Bid for the Remaining Assets prior to the previously established Bid Deadline **does not** need to submit a revised bid prior to **November 13, 2026 at 5:00 p.m. (Eastern Time)** unless such party wishes to improve the terms of its Bid.

**B.** ***Auction***. If the Debtor receives more than one Qualified Bid (including a combination of bids that, when considered together, constitute a Qualified Bid) for the Remaining Assets, the Debtor will conduct an Auction for the Remaining Assets. The Auction, if required, will be conducted on **November 17, 2026 at 10:00 a.m. (Eastern Time)**, either (i) at the office of Raymond James, 320 Park Avenue, Floor 12, New York, NY 10022, or (ii) virtually. If the Debtor conducts the Auction virtually, the Debtor will provide instructions setting forth how to attend the Auction to the participants and other attendees via electronic mail. The Debtor reserves the right to adjourn or continue the Auction of any Remaining Assets to a later date. The Debtor will provide notice (via electronic mail or otherwise) of any change in the date, time or location of the Auction to Qualified Bidders, and will cause publication of such change on the Verita Website.

Twenty-four hours after the conclusion of the Auction, the Debtor will file with the Court and cause to be published on the Verita Website a notice of the results of the Auction (the "**Notice of Successful Bidder**"), which will, among other things, (i) identify the Successful Bidder(s) and Backup Bidder(s); and (ii) either include a copy of the Successful Bid(s) and the Backup Bid(s) or a summary of the material terms of such Bids, including any assumption and assignment and/or rejection of Contracts contemplated thereby, or provide instructions for accessing the Successful Bid and the Backup Bid free of charge from the Verita Website. If you would like to be served with the Notice of Successful Bidder via email, please provide notice of such request by emailing Verita at SangamoInfo@veritaglobal.com.

**C.** ***Supplemental Sale Objection Deadlines***.[3] Objections, if any, to (i) the conduct of the Auction and (ii) the ability of a Successful Bidder(s) to provide adequate assurance of future performance,[4] must (a) be in writing and state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof and (b) be filed with the Court by no later than **two business days after service of the Notice of Successful Bidder**. **ANY PARTY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION BY THE SUPPLEMENTAL SALE OBJECTION DEADLINE FOREVER SHALL BE BARRED FROM ASSERTING ANY OBJECTION TO THE CONDUCT OF THE AUCTION AND/OR THE ASSUMPTION AND ASSIGNMENT OF THE APPLICABLE ASSIGNED CONTRACTS TO THE SUCCESSFUL BIDDER(S).**

**D.** ***Sale Hearing***. The Sale Hearing will take place on **November 23, 2026 at 10:00 a.m. (Eastern Time) before the Honorable Craig T. Goldblatt**, United States Bankruptcy Judge, located at the Court, 824 North Market Street, Wilmington, Delaware 19801. The Sale Hearing may be adjourned by the Debtor by an announcement of the adjourned date at a hearing before the Court or by filing a notice on the Court's docket. At the Sale Hearing, the Debtor will seek the Court's approval of the Successful Bid(s) and any Backup Bid(s).

**For the avoidance of doubt, nothing herein shall modify the Bid Deadline applicable to the Plan Sponsor Alternative Bids set forth in the Further Extension Notice, which Plan Sponsor Alternative Bids may continue to be submitted through and including the date upon which an order of the Court confirming a chapter 11 plan in the Chapter 11 Case becomes a final, non-appealable order.** If the Debtor pursues a Plan Sponsor Alternative Bid, then the Debtor will provide notice of a confirmation hearing for the applicable chapter 11 plan and the

[3] Pursuant to the Bidding Procedures Order, the deadline to object to the proposed sale of the Remaining Assets (each a "**Sale Objection**") was August 4, 2026 4:00 p.m. (Eastern Time) (the "**Sale Objection Deadline**"). Any party that failed to file with the Court and serve a timely Sale Objection by the Sale Objection Deadline, shall be forever barred, estopped and enjoined from asserting any objection to the Sale Motion, any Sale of the Remaining Assets, or to the entry of an applicable Sale Order.

[4] On July 17, 2026, the Debtor filed the *Notice of Cure Amounts and Potential Assumption and Assignment and/or Rejection of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets* [Docket No. 139] (the "**Assumption/Rejection Notice**") listing: (i) certain Contracts that could potentially be assumed and assigned in connection with the Debtor's Sale to a Successful Bidder, along with the calculation of the Cure Amounts with respect to those Contracts, on **Schedule 1** attached thereto; and (ii) certain other Contracts designated for rejection in connection with the proposed Sale(s) of substantially all of the Assets on **Schedule 2** attached thereto. The deadline for counterparties to file and serve objections to the proposed Cure Amounts (each a "**Cure Objection**") was set for August 4, 2026 at 4:00 p.m. (Eastern Time) (the "**Cure Objection Deadline**"). Any Counterparty that failed to file with the Court and serve a timely Cure Objection by the Cure Objection Deadline, shall be forever barred, estopped and enjoined from asserting any objection with regard to the cost to cure any defaults under the applicable Contract.

Debtor will be deemed to have accepted such Plan Sponsor Alternative Bid only when the applicable chapter 11 plan has been approved by the Court at a confirmation hearing.

The Debtor reserves the right, pursuant to the Bidding Procedures, to further modify the dates and deadlines set forth herein in accordance with its business judgment and take any action that the Debtor determines in good faith is required in order for the Debtor or its Board of Directors to comply with their fiduciary duties under applicable law or the Bankruptcy Code.

Copies of the Bidding Procedures Motion, the Bidding Procedures Order, and the Bidding Procedures, may be obtained free of charge by visiting the Verita Website https://www.veritaglobal.net/sangamotherapeutics.

[*Remainder of page intentionally left blank*]

Dated: October 21, 2026
Wilmington, Delaware

/s/ *James F. McCauley*
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
James F. McCauley (No. 6991)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Emails: defranceschi@rlf.com
steele@rlf.com
schlauch@rlf.com
mccauley@rlf.com

and

Cullen D. Speckhart
Lauren A. Reichardt
Miriam Peguero Medrano
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Emails: cspeckhart@cooley.com
lreichardt@cooley.com
mpegueromedrano@cooley.com

and

Robert L. Eisenbach III
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Email: reisenbach@cooley.com

*Counsel for the Debtor and Debtor in Possession*