**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SANGAMO THERAPEUTICS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-10989 (CTG) |

# NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") has relocated its New York office to the following as of November 16, 2026.

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1345 Avenue of the Americas
New York, NY 10105-0302

**PLEASE TAKE FURTHER NOTICE** that any future hard copy service should be directed to Paul Weiss at its new address.

[1] The Debtor and the last four digits of its taxpayer identification number are: Sangamo Therapeutics, Inc. (9556). The Debtor's mailing address is 501 Canal Blvd., Ste A100, Richmond, CA 94804.

Dated: November 17, 2026
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brenna A. Dolphin*
Robert J. Dehney, Sr. (No. 3578)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
bdolphin@morrisnichols.com

*- and -*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jacob A. Adlerstein (admitted *pro hac vice*)
Jeffrey R. Recher (admitted *pro hac vice*)
Joshua A. Esses (admitted *pro hac vice*)
1345 Avenue of the Americas
New York, NY 10105-0302
Telephone: (212) 373-3000
Email: jadlerstein@paulweiss.com
jrecher@paulweiss.com
jesses@paulweiss.com

*Counsel to Eli Lilly and Company*